UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALAN D. MAYBERRY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:13cv 1700 SNLJ(DDN) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge David D. Noce, (#25), filed August 19, 2014, be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the relief which plaintiff seeks in his Complaint and Brief in Support of Complaint is DENIED and that Judgment shall be entered in favor of Defendant.

Dated this 15th day of September, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE